J-S28017-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
v. :
:
:
:
MATTHEW JOSEPH PETERS, :
:
Appellant : No. 1787 MDA 2017

Appeal from the Judgment of Sentence, July 29, 2015,
in the Court of Common Pleas of Franklin County,
Criminal Division at No(s): CP-28-CR-0000586-2014.

BEFORE: OLSON, J., KUNSELMAN, J., and MUSMANNO, J.

JUDGMENT ORDER BY KUNSELMAN, J.: **FILED JUNE 28, 2018**

Matthew Joseph Peters seeks to appeal, *nunc pro tunc*, a July 29, 2015 judgment of sentence. The Commonwealth agreed that Peters' trial counsel was ineffective for missing his original, 30-day window to appeal. However, in its 1925(a) Opinion, the PCRA court questioned, *sua sponte*, its jurisdiction due to the PCRA's time bar. After reinstating Peters' direct appeal, the learned trial judge correctly realized that, because Peters had not filed his PCRA action until 56 days beyond the 42 Pa.C.S.A. § 9545(b)(1) deadline, the PCRA court lacked jurisdiction to reinstate his appellate rights, *nunc pro tunc*.

Upon consideration of the 1925(a) Opinion, it is

**ORDERED** that the November 9, 2017 Notice of Appeal is **QUASHED**.

Appeal quashed.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 6/28/2018